HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JESUS ALBERTO ORTIZ-MENDEZ,<br><br>         Defendant. | No. 1:13-cr-00283-AWI-BAM-2<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge:  Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's March 18, 2015 order be extended to **May 18, 2015**.  The undersigned is investigating Mr. Ortiz-Mendez' case and is corresponding with Mr. Ortiz-Mendez.  Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated:  April 17, 2015

                                                            Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender


                                                            /s/ *David M. Porter*
                                                            DAVID M. PORTER
                                                            Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of March 18, 2015, may be filed on or before May 18, 2015.

IT IS SO ORDERED.

Dated:   April 17, 2015                       _____
                                              SENIOR DISTRICT JUDGE

2