AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:13-cr-00283-AWI-BAM   Document 53   Filed 08/18/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America </br> v. </br> JESUS ALBERTO ORTIZ-MENDEZ | Case No: 1:13-cr-00283-002 </br> USM No: 70415-097 |
| Date of Original Judgment: 03/31/2014 </br> Date of Previous Amended Judgment: </br> *(Use Date of Last Amended Judgment if Any)* | </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/03/2014  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/18/2015

/s/ ANTHONY W. ISHII
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Anthony W. Ishii, U.S. District Court
*Printed name and title*